# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al., | Case No. 1:19 -cv-00332-LJO-SAB |
| Plaintiffs, | ORDER ADVANCING MANDATORY SCHEDULING CONFERENCE TO APRIL 2, 2019 |
| v. | |
| BUCKINGHAM PROPERTY MANAGEMENT, | (ECF No. 5) |
| Defendant. | |

On August 8, 2014, Kevin Ferrell ("Plaintiff") filed this action individually and on behalf of others similarly situated in the California Superior Court, County of Los Angeles, against Buckingham Property Management ("Defendant") alleging state wage and hour violations. (ECF No. 1-2.) On December 4, 2014, at the stipulation of the parties, the matter was transferred to the California Superior Court, County of Fresno. (ECF No. 1-9 at 3.) Defendant filed an answer on December 5, 2014. (ECF No. 1-9 at 5-11.)

On February 12, 2016, the parties filed a notice of settlement of the class action. (ECF No. 1-9 at 52-53.) The parties moved for preliminary approval of the class action settlement in February 2017. (ECF No. 1-10 at 2-204.) On May 9, 2017, the motion for preliminary approval of the class action was denied as the plaintiff had not met his burden to establish required elements for class certification and that the settlement was not fair and the matter was set for a

1

contested class certification motion.  (ECF no. 1-10 at 207-217.)

On May 10, 2018, the parties filed a joint stipulation to serve a renewed motion for preliminary approval of the class action settlement.  (ECF No. 1-10 at 231-1-15.)  On June 15, 2018, the motion for preliminary approval was denied and the matter was set for a contested class certification motion.  (ECF No. 1-16 at 2-10.)

On March 5, 2019, at the stipulation of the parties, Plaintiffs filed a first amended complaint alleging a violation of the Fair Labor Standards Act, 29 U.S.C. § 207 and state law claims.  (ECF No. 1-17 at 2-44.)  Defendant filed an answer on March 6, 2019.  (ECF No. 1-17 at 47-57.)  On March 11, 2019, Defendant removed this action to the Eastern District of California. (ECF No. 1.)

On March 12, 2019, the order issued setting the mandatory scheduling conference in this action for May 2, 2019.  Due to the age of this action, the mandatory scheduling conference is HEREBY ADVANCED to **April 2, 2019, at 10:00 a.m.** in Courtroom 9.  IT IS FURTHER ORDERED that the parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**March 14, 2019**__

UNITED STATES MAGISTRATE JUDGE

2