# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCKINGHAM PROPERTY MANAGEMENT, <br><br> Defendant. | Case No. 1:19-cv-00332-LJO-SAB <br><br> ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO MAY 14, 2019 <br><br> (ECF No. 9) |

On March 26, 2019, the parties filed a joint scheduling report in advance of the mandatory scheduling conference currently set for April 2, 2019. (ECF No. 9.) In the joint scheduling report, the parties notify the Court that they have reached a tentative settlement agreement and request that the scheduling conference be continued.

Due to the tentative settlement agreement, the mandatory scheduling conference is HEREBY CONTINUED to **May 14, 2019, at 10:30 a.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file either a joint scheduling report, or if a further continuance of the mandatory scheduling conference is desired, a joint status report, **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **March 29, 2019**

UNITED STATES MAGISTRATE JUDGE

1