# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BUCKINGHAM PROPERTY MANAGEMENT,<br><br>   Defendant. | Case No. 1:19-cv-00332-LJO-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO JULY 29, 2019<br><br>(ECF No. 12) |

On March 29, 2019, the Court continued the mandatory scheduling conference to May 14, 2019, due to ongoing settlement negotiations, and ordered the parties to either file a joint scheduling report or a joint status report regarding the status of the case prior to the conference. (ECF No. 11.) On May 9, 2019, the parties filed a joint status report describing ongoing settlement negotiations, and stipulating to a further continuance of the scheduling conference. (ECF No. 12.)

Pursuant to the joint status report and the parties' stipulation, the mandatory scheduling conference, currently set for May 14, 2019, is HEREBY CONTINUED to **July 29, 2019, at 3:45 p.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file either a joint scheduling report, or if a further continuance of the mandatory scheduling conference is desired, a joint status report, **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **May 9, 2019**

UNITED STATES MAGISTRATE JUDGE

1