# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCKINGHAM PROPERTY MANAGEMENT, <br><br> Defendant. | Case No. 1:19-cv-00332-LJO-SAB <br><br> ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO SEPTEMBER 30, 2019 AT 3:00 P.M. <br><br> (ECF No. 14) |

On July 23, 2019, the parties filed a joint status report in advance of the mandatory scheduling conference currently set for July 29, 2019. (ECF No. 14.) In the joint status report, the parties have notified the Court that they have reached a settlement and are preparing a motion for preliminary approval of the settlement. (Id.) The parties request that the scheduling conference be continued at least sixty (60) days. (Id.)

The Court reminds the parties that this is the third continuance of the scheduling conference due to the tentative settlement agreement. The Court also reminds the parties that in the Court's previous order granting a continuance of the scheduling conference (ECF No. 12), the Court ordered the parties to file a joint scheduling report or joint status report seven days prior to the conference, however, the parties failed to file the instant report and stipulation by that deadline.

///

1

Due to the settlement agreement, the mandatory scheduling conference is HEREBY CONTINUED to **September 30, 2019, at 3:00 p.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file either a joint scheduling report, or if a further continuance of the mandatory scheduling conference is required, a joint status report, **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **July 23, 2019**

UNITED STATES MAGISTRATE JUDGE