# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al., | Case No. 1:19-cv-00332-LJO-SAB |
| Plaintiffs, | ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE TO DECEMBER 3, 2019 AT 2:30 P.M. |
| v. | |
| BUCKINGHAM PROPERTY MANAGEMENT, | (ECF No. 17) |
| Defendant. | |

On September 20, 2019, the parties filed a joint status report in advance of the mandatory scheduling conference currently set for September 30, 2019. (ECF No. 17.) In the joint status report, the parties again notify the Court that they have reached a settlement and are now circulating a final draft of a motion for preliminary approval of the settlement. (Id.) The parties request that the scheduling conference be continued at least sixty (60) days. (Id.)

The Court is cognizant that this is the fourth continuance of the scheduling conference. (ECF Nos. 9, 11, 12, 13, 14, 15.) In the current joint status report before the Court, the parties state they anticipate filing the motion for preliminary approval by October 4, 2019. (ECF No. 17.) Based on the parties' representations of progress in completing the motion, the Court finds good cause to continue the scheduling conference.

///

///

1

Accordingly, the mandatory scheduling conference is HEREBY CONTINUED to **December 3, 2019, at 2:30 p.m.** in Courtroom 9. IT IS FURTHER ORDERED that the parties shall file either a joint scheduling report, or if a further continuance of the mandatory scheduling conference is required, a joint status report, **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **September 23, 2019**

_____
UNITED STATES MAGISTRATE JUDGE