# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al., | Case No. 1:19-cv-00332-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE THE MANDATORY SCHEDULING CONFERENCE |
| v. | |
| BUCKINGHAM PROPERTY MANAGEMENT, | (ECF No. 21) |
| Defendant. | |

On November 25, 2019, a motion for preliminary approval of a class action settlement was filed in this matter. (ECF No. 19.) On November 26, 2019, the parties filed a stipulation to vacate or continue the mandatory scheduling conference set for December 3, 2019. As the parties have agreed to settle this action, the mandatory scheduling conference set for December 3, 2019, in Courtroom 9 is HEREBY VACATED and the parties need not appear on that date.

IT IS SO ORDERED.

Dated: **November 27, 2019**

UNITED STATES MAGISTRATE JUDGE

1