# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BUCKINGHAM PROPERTY MANAGEMENT,<br><br>　　　　Defendant. | Case No. 1:19-cv-00332-LJO-SAB<br><br>ORDER VACATING JANUARY 15, 2020 HEARING ON MOTION FOR PRELIMINARY APPROVAL<br><br>(ECF Nos. 19, 20) |

On November 25, 2019, Plaintiffs filed a motion for preliminary approval of a class action settlement that was subsequently set for hearing on January 15, 2020. (ECF Nos. 19, 20.) The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the previously scheduled hearing set on January 15, 2020, will be vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **January 13, 2020**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1