# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BUCKINGHAM PROPERTY MANAGEMENT, <br><br> Defendant. | Case No. 1:19-cv-00332-NONE-SAB <br><br> ORDER SETTING FINAL APPROVAL HEARING ON CLASS ACTION SETTLEMENT FOR FEBRUARY 3, 2021 <br><br> (ECF Nos. 24, 28) |

On January 21, 2020, the undersigned issued findings and recommendations recommending that Plaintiffs' motion for preliminary approval of class action settlement and certification of class and FLSA collective for purposes of settlement be granted. (ECF No. 24.) On July 30, 2020, the assigned District Judge adopted the findings and recommendations in full. (ECF No. 28.) The order adopting states that: "Notice to the Class Members and FLSA Collective shall include the date of the final approval hearing to be set by the assigned magistrate judge." (Id. at 12.) The parties requested that the hearing on the motion for final approval of settlement be set for a date approximately six (6) months after the date of granting the motion for preliminary approval. (ECF No. 19 at 33.)

/ / /

/ / /

/ / /

1

1      Accordingly, IT IS HEREBY ORDERED that a final approval hearing on the class action
2 settlement is set for February 3, 2021, at 10:00 a.m. in Courtroom 9.

IT IS SO ORDERED.

Dated:   **July 31, 2020**

UNITED STATES MAGISTRATE JUDGE