Edwin Aiwazian (Cal. State Bar No. 232943)
   *edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
   *arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
   *joanna@calljustice.com*
Stephanie S. Ponek (Cal. State Bar No. 306205)
   *stephanie@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Amir Nayebdadash (Cal. State Bar No. 232204)
   *amir@protectionlawgroup.com*
Heather Davis (Cal. State Bar No. 239372)
   *heather@protectionlawgroup.com*
**PROTECTION LAW GROUP LLP**
136 Main Street, Suite A
El Segundo, California 90245
Tel: (424) 290-3095 / Fax: (866) 264-7880

*Attorneys for* Plaintiffs Kevin Ferrell and Cheryl Baker

[Defendant's Counsel Listed on the Next Page]

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, individually, and on behalf of other members of the general public similarly situated; CHERYL BAKER, individually, and on behalf of other members of the general public similarly situated ad on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>            Plaintiffs,<br><br>     vs.<br><br>BUCKINGHAM PROPERTY MANAGEMENT, a California corporation; and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.: 1:19-cv-00332-LJO-SAB<br><br>**CLASS ACTION**<br><br>ORDER APPROVING STIPULATION TO MODIFY SETTLEMENT ADMINISTRATION PROCEDURE<br><br>Complaint Filed:   August 8, 2014<br>FAC Filed:         March 5, 2019<br>Trial Date:        None Set |

**ORDER APPROVING STIPULATION TO MODIFY SETTLEMENT ADMINISTRATION PROCEDURE**

1  John T. Egley (Cal. State Bar No. 232545)
       *jegley@calljensen.com*
2  Ellen Cohen (Cal. State Bar No. 276458)
       *ecohen@calljensen.com*
3  **CALL & JENSEN**
4  610 Newport Center Drive, Suite 700
   Newport Beach, California 92660
5  Tel: (949) 717-3000 / Fax: (949) 717-3100

6  *Attorneys for* Defendant Buckingham Property Management

7  /////
8  /////
9  /////
10 /////
11 /////
12 /////
13 /////
14 /////
15 /////
16 /////
17 /////
18 /////
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

1
**ORDER APPROVING STIPULATION TO MODIFY SETTLEMENT ADMINISTRATION PROCEDURE**

**ORDER**

The Court, having reviewed the parties' Joint Stipulation to Modify Settlement Administration Procedure ("Stipulation"), orders as follows:

1. The Parties' Stipulation is approved.

2. The deadline for Class Members and proposed members of the FLSA Collective to submit a Class Claim Form and/or FLSA Opt-In Form shall be extended to the date that is thirty (30) calendar days after the Settlement Administrator sends an additional reminder postcard to Class Members and proposed members of the FLSA Collective who have not submitted a Class Claim Form and/or FLSA Opt-In Form.

3. Simpluris shall send an additional reminder postcard to Class Members and proposed members of the FLSA Collective within five (5) court days after the Court enters this Order (or as soon thereafter as is feasible), to those individuals who, as of that date, have not submitted a Class Claim Form and/or FLSA Opt-in Form or request to be excluded from the Class Settlement.

4. The costs associated with extension of the deadline to submit a Class Claim Form and/or FLSA Opt-In Form and the mailing of the additional reminder postcard, as provided for by the Stipulation, shall be paid from the Maximum Settlement Amount as part of the Settlement Administration Cost (which the Settlement Administrator has agreed to cap at $16,000).

5. The Final Approval Hearing on February 3, 2021 at 10:00 a.m. in Courtroom 9 shall remain on-calendar.

IT IS SO ORDERED.

Dated: **December 22, 2020**

UNITED STATES DISTRICT JUDGE