Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Amir Nayebdadash (Cal. State Bar No. 232204)
*amir@protectionlawgroup.com*
Heather Davis (Cal. State Bar No. 239372)
*heather@protectionlawgroup.com*
**PROTECTION LAW GROUP, LLP**
136 Main Street, Suite A
El Segundo, California, 90245
Tel: (424) 290-3095 / Fax: (866) 264-7880

*Attorneys for* Plaintiffs, the Participating Class, and FLSA Collective

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, individually, and on behalf of other members of the general public similarly situated; CHERYL BAKER, individually, and on behalf of other members of the general public similarly situated ad on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiffs,<br><br>vs.<br><br>BUCKINGHAM PROPERTY MANAGEMENT, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-00332-NONE-SAB<br><br>Honorable Stanley A. Boone<br>Courtroom 9<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR FEES AND COSTS AWARD AND INCENTIVE AWARDS**<br><br>[Plaintiffs' Motion for Fees and Costs Award and Incentive Awards; Declarations of Class/Collective Counsel (Edwin Aiwazian and Heather Davis); Declaration of Class Representatives (Kevin Ferrell and Cheryl Baker); and [Proposed] Order filed concurrently herewith]<br><br>Date: February 3, 2021<br>Time: 10:00 a.m.<br>Courtroom: 9<br><br>Complaint Filed: August 8, 2014<br>FAC Filed: March 5, 2019<br>Trial Date: None Set |

**PLAINTIFFS' NOTICE OF MOTION FOR MOTION FOR FEES AND COSTS AWARD AND INCENTIVE AWARDS**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on February 3, 2021, at 10:00 a.m., or as soon thereafter as this matter may be heard before the Honorable Stanley A. Boone in Courtroom 9 of the above-entitled Court, Plaintiffs Kevin Ferrell and Cheryl Baker ("Plaintiffs") will, and hereby do, move for an order awarding the following:

- Payment of attorneys' fees in the amount of **$210,000** to Lawyers *for* Justice, PC and Protection Law Group, LLP ("Class/Collective Counsel"), representing thirty-five percent (35%) of the Maximum Settlement Amount, which is reasonable and justified on a percentage-basis, and also based on a lodestar cross-check;

- Payment in the amount of **$22,612.07** to Class/Collective Counsel for litigation costs and expenses; and

- Payments in the amount of **$3,000** each to Plaintiffs Kevin Ferrell and Cheryl Baker, as an Incentive Awards for their time and efforts in representing the Class.

This motion is based upon the concurrently-filed Memorandum of Points and Authorities and Declarations of Class/Collective Counsel (Edwin Aiwazian and Heather Davis) and Class Representatives (Kevin Ferrell and Cheryl Baker) in support thereof; the concurrently-filed Motion for Final Approval of Class Action Settlement and Declaration of Settlement Administrator (Cassandra Cita) in support thereof; the pleadings and other records on file with the Court in this matter; and upon such documentary evidence and oral argument as may be presented at or before the hearing on this motion.

Dated:  January 6, 2021            **LAWYERS *for* JUSTICE, PC**

By:  /s/ Edwin Aiwazian
     Edwin Aiwazian
     *Attorneys for* Plaintiffs, the Participating Class, and the FLSA Collective