Edwin Aiwazian (Cal. State Bar No. 232943)
*edwin@calljustice.com*
Arby Aiwazian (Cal. State Bar No. 269827)
*arby@calljustice.com*
Joanna Ghosh (Cal. State Bar No. 272479)
*joanna@calljustice.com*
**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203
Tel: (818) 265-1020 / Fax: (818) 265-1021

Amir Nayebdadash (Cal. State Bar No. 232204)
*amir@protectionlawgroup.com*
Heather Davis (Cal. State Bar No. 239372)
*heather@protectionlawgroup.com*
**PROTECTION LAW GROUP, LLP**
237 California Street
El Segundo, California, 90245
Tel: (424) 290-3095 / Fax: (866) 264-7880

*Attorneys for* Plaintiffs, the Participating Class Members, and FLSA Collective Members

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERRELL, individually, and on behalf of other members of the general public similarly situated; CHERYL BAKER, individually, and on behalf of other members of the general public similarly situated ad on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>Plaintiffs,<br><br>vs.<br><br>BUCKINGHAM PROPERTY MANAGEMENT, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 1:19-cv-00332-NONE-SAB<br><br>Honorable Judge Dale A. Drozd<br>Courtroom 5<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' NOTICE OF RENEWED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>[Renewed Motion for Final Approval of Class and Collective Action Settlement; Declaration of Class Counsel (Joanna Ghosh); Declaration of Settlement Administrator (Cassandra Cita); and [Proposed] Order and Judgment filed concurrently herewith]<br><br>Date:         November 16, 2021<br>Time:         9:30 a.m.<br>Courtroom:    5<br><br>Complaint Filed:   August 8, 2014<br>FAC Filed:         March 5, 2019<br>Trial Date:        None Set |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on **November 16, 2021, at 9:30 a.m.**, or as soon as this matter may be heard before the Honorable Dale A. Drozd in Courtroom 5 of the United States District Court for the Eastern District of California, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, Plaintiffs Kevin Ferrell and Cheryl Baker ("Plaintiffs"), will and hereby do move, for an order granting final approval of:

1. The proposed class action settlement described herein ("Settlement") and as set forth in the parties' Joint Stipulation of Settlement and Release of Class, Collective, and PAGA Claims ("Settlement Agreement"), as amended by Amendment No.1 to the Settlement Agreement ("Amendment No. 1"), entered into by and between Plaintiffs and Defendant Buckingham Property Management Company ("Defendant"), on the grounds that the Settlement is fair, reasonable, and adequate because:

- A Net Settlement Amount of approximately **$340,387.93**, of which approximately $323,368.53 (i.e., 95% of the Net Settlement Amount) is allocated to the Class Settlement ("Class Settlement Amount") and is available for distribution to the Class Members who submitted a timely and valid Claim Form ("Claimants") and approximately $17,019.40 (i.e., 5% of the Net Settlement Amount) is allocated to the FLSA Settlement ("FLSA Settlement Settlement") and is available for distribution to Proposed FLSA Collective Members who submitted a timely and valid FLSA Opt-In Form ("FLSA Collective Members");

- **No objections** to the Settlement were submitted to the Settlement Administrator; and

- **Only (1) Request for Exclusion** was submitted to the Settlement Administrator.

2. Payment in the total amount of **$16,000** to the Settlement Administrator, Simpluris, Inc., for the Settlement Administration Costs; and

3. Allocation of the penalties under the California Labor Code Private Attorneys General Act of 2004, Labor Code section 2698, *et seq.* ("PAGA"), in the amount of **$5,000**

1

**PLAINTIFFS' NOTICE OF RENEWED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

**LAWYERS *for* JUSTICE, PC**
410 West Arden Avenue, Suite 203
Glendale, California 91203

("PAGA Settlement Amount"), of which seventy-five percent (75%) or **$3,750** will be paid to the California Labor and Workforce Development Agency ("LWDA"), and twenty-five percent (25%) or **$1,250** will be distributed to Claimants.

The Plaintiffs' Renewed Motion for Final Approval of Class and Collective Action Settlement (the "Motion") is based on the concurrently-filed Memorandum of Points and Authorities, Declaration of Class Counsel (Joanna Ghosh), and the Declaration of Settlement Administrator (Cassandra Cita) in support thereof; as well as the Motion for Final Approval of Fees and Costs Award, and Incentive Awards and Declarations of Class Counsel (Edwin Aiwazian and Heather Davis) and Class Representatives (Kevin Ferrell and Cheryl Baker) in support thereof (the "Fee Motion") scheduled to be heard on the same date and time as the Motion; the pleadings and other records on file with the Court in this matter (including, and not limited to, the previously-filed Motion for Final Approval of Class and Collective Action Settlement and supporting documents (Doc. Nos. 32, 35, 35-1, 35-2, and 38); and upon such documentary evidence and oral argument as may be presented at or before the hearing on this Motion.

Dated:  October 18, 2021                **LAWYERS *for* JUSTICE, PC**

By:  /s/ Joanna Ghosh
Joanna Ghosh
*Attorneys for* Plaintiffs, the Participating Class Members, and FLSA Collective Members

2

**PLAINTIFFS' NOTICE OF RENEWED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**