**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN FERRELL, individually, and on behalf of other members of the general public similarly situated; CHERYL BAKER, individually, and on behalf of other members of the general public similarly situated ad on behalf of other aggrieved employees pursuant to the California Private Attorneys General Act;<br><br>        Plaintiffs,<br><br>    vs.<br><br>BUCKINGHAM PROPERTY MANAGEMENT, a California corporation; and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No.: 1:19-cv-00332-JLT-SAB<br><br>Honorable Judge Jennifer L. Thurston<br>Courtroom 4<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER AWARDING FEES AND COSTS AWARD TO CLASS/COLLECTIVE COUNSEL AND INCENTIVE AWARDS TO PLAINTIFFS**<br><br><br>Complaint Filed:   August 8, 2014<br>FAC Filed:             March 5, 2019<br>Trial Date:             None Set |

This matter has come before the Honorable Jennifer L. Thurston in Courtroom 5 of the United States District Court for the Eastern District of California, Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721, on Plaintiffs Kevin Ferrell and Cheryl Baker's ("Plaintiffs") Motion for Fees and Cost Award and Incentive Awards.

On January 25, 2022, the Court entered an Order granting Plaintiffs' Motion for Final Approval of the settlement of the above-entitled action ("Action") in accordance with the Joint Stipulation of Settlement and Release of Class, Collective, and PAGA Claims ("Agreement" or "Settlement Agreement") entered into by and between Plaintiffs and Defendant Buckingham Property Management Company ("Defendant"), which, together with the exhibits annexed thereto and Amendment No. 1 to the Settlement Agreement ("Amendment No. 1") set forth the terms and conditions for settlement of the Action ("Settlement"). (Doc. No. 49.) The Court further granted, in part, Plaintiffs' motion for attorneys' fees and costs, and instructed Plaintiffs to prepare a revised fees and costs order.

Having reviewed Plaintiffs' Renewed Motion for Fees and Costs Award and Incentive Awards (Doc. No. 44), for the reasons stated in the Order Granting Final Approval (Doc. No. 49), and good cause appearing,

**THE COURT HEREBY ORDERS, ADJUDGES, AND DECREES AS FOLLOWS:**

1. All terms used herein shall have the same meaning as defined in the Settlement Agreement and Amendment No. 1 and the Order Granting Final Approval (Doc. No. 49.).

2. This Court has jurisdiction over the claims of the Settlement Class Members and FLSA Collective Members asserted in this proceeding and over all parties to the Action.

3. The Court finds that the Incentive Awards sought are fair and reasonable for the work performed by Plaintiffs on behalf of the Class Members and Proposed FLSA Collective Members. It is hereby ordered that the Settlement Administrator issue payment in the amount of $3,000 each to Plaintiffs Kevin Ferrell and Cheryl Baker for their Incentive Awards, according to the terms set forth in the Amended Settlement Agreement.

4. The Court finds that attorneys' fees in the reduced amount of $150,000 to Lawyers *for* Justice, PC and Protection Law Group, LLP (together, "Class/Collective Counsel")

falls within the range of reasonableness, and the results achieved justify the award being granted. The fees in the amount of $150,000 to Class/Collective Counsel are fair, reasonable, and appropriate, and are hereby approved. It is hereby ordered that the Settlement Administrator issue payment in the amount of $75,000 to Lawyers *for* Justice PC and $75,000 to Protection Law Group LLP for Fees and Costs Award.

5. The difference between the amount of attorneys' fees requested by Class/Collective Counsel (i.e. $210,000) and the amount of fees awarded herein (i.e. $150,000), which is $60,000, shall become part of the Net Settlement Amount to be distributed in accordance with the Settlement Agreement and Amendment No. 1.

6. The Court finds that litigation costs and expenses in the amount of $22,612.07 to Class/Collective Counsel is reasonable, and hereby approved. It is hereby ordered that the Settlement Administrator issue payment in the amount of $22,227.07 to Lawyers *for* Justice PC and $385 to Protection Law Group LLP for litigation costs and expenses, in accordance with the Amended Settlement Agreement.

7. Notice of entry of this Order shall be given to Class Members by posting a copy of this Order on Simpluris, Inc.'s website for a period of at least sixty (60) calendar days after the date of entry of this Order. Individualized notice is not required.

**IT IS SO ORDERED.**

DATE: _____   _____

Judge of the United States District Court